E-FILED
Monday, 09 November, 2015  10:23:18 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 14-3132 |
| | ) |
| JEROLD BARRINGER, | ) |
| Individually and as trustee | ) |
| of the Kelbar Associates Trust, | ) |
| LINDA BARRINGER, et al., | ) |
| | ) |
| Defendants. | ) |

## OPINION

TOM SCHANZLE-HASKINS, U.S. MAGISTRATE JUDGE:

Plaintiff United States' Request for Partial Modification of October 29, 2015 Order (d/e 46) (Motion) is ALLOWED.  The Court set the deposition of Defendant Linda Barringer on November 16, 2015, and the deposition of Defendant Jerold W. Barringer, individually and as co- Trustee of the Kelbar Associates Trust, on November 17, 2015.  Opinion entered October 29, 2015 (d/e 45) (Opinion).  The Court set each deposition for seven hours in accordance with Federal Rule of Civil Procedure 30(d)(1).  The United States asks the Court to modify the Opinion to order both depositions to be taken on November 17, 2015.  The United States indicates that the court reporting facility and counsel for the United States both are not available on

November 16, 2015.  In order to take both depositions on the same day, the United States agrees to shorten the deposition of Linda Barringer to three and one-half hours from 9:00 a.m. to 12:30 p.m., and to shorten the deposition of Defendant Jerold W. Barringer, individually and as co-Trustee of the Kelbar Associates Trust, from 1:00 p.m. to 5:00 p.m.

The Court hereby allows the Motion.  For the reasons stated in the Opinion, these depositions need to proceed.  The United States is willing to shorten the duration of the depositions due to the schedule of its counsel. The Court finds this request to be reasonable and in the interest of justice to further the resolution of this matter.

THEREFORE, The Plaintiff United States' Request for Partial Modification of October 29, 2015 Order (d/e 46) is ALLOWED.  The Opinion entered October 29, 2015 (d/e 45) is modified as follows:

Defendant Linda Barringer is hereby ordered to appear on November 17, 2015, at 9:00 a.m., at the office of Midwest Litigation Services, 15 S. Old State Capitol Plaza, Springfield, IL 62701, and submit to being deposed by oral examination pursuant to Federal Rule of Civil Procedure 30.   The deposition of Linda Barringer is ordered to commence at 9:00 a.m. and end no later than 12:30 p.m.  Defendant Jerold W. Barringer,

individually and as co- Trustee of the Kelbar Associates Trust,
is hereby ordered to appear on November 17, 2015, at 1:00
p.m., at the office of Midwest Litigation Services, 15 S. Old
State Capitol Plaza, Springfield, IL 62701, and submit to being
deposed by oral examination pursuant to Federal Rule of Civil
Procedure 30.  The deposition of Defendant Jerold W.
Barringer, individually and as co- Trustee of the Kelbar
Associates Trust, is hereby ordered to commence at 1:00 p.m.
and end no later than 5:00 p.m.

The Opinion entered October 29, 2015 (d/e 45) otherwise remains in full
effect.

Enter: November 9, 2015


_____*/s Tom Schanzle-Haskins*_____
UNITED STATES MAGISTRATE JUDGE